| AOC-840 Doc. Code: OFID | | Case No. 14-P-356 |
|---|---|---|
| Rev. 12-03 Page 1 of 1 | **ORDER APPOINTING FIDUCIARY** | Court _____ District |
| Commonwealth of Kentucky Court of Justice www.courts.ky.gov KRS 395.105; 395.110 | | County  Madison |

IN RE: Estate of  BRANDON CLINT HACKER _____

Upon hearing the Petition of  CHARLOTTE DIANA WINKLER _____,

the Court appoints  CHARLOTTE DIANA WINKLER

to act as  ADMINISTRATRIX _____ of said estate and fixes bond in the sum of $ 1,000.

[ ] with approved Surety OR [✓] with Surety having been waived.

**ENTERED
AUG 20 2014
MADISON DISTRICT COURT
DARLENE G. SNYDER, CLERK**

Date:  8-20 , 2014                              _____
                                                                    Judge's Signature

---

**To be completed on copies only:**

**CERTIFICATE OF QUALIFICATION**

I,  Darlene Snyder , Clerk of the  Madison  District Court, certify this is a true and correct copy of the Order Appointing Fiduciary as recorded in my office. This Order and Qualification is in full force and effect.

Date:  8-20 , 2014                    Darlene Snyder  Clerk

                                                      By:  _____ , D.C.