...

# U.S. District Court Eastern District of Kentucky

# *Civil Case Assignment*

Case number **5:15-CV-45**

Assigned : Judge Karen K. Caldwell
Judge Code : 4313

Assigned on 02/25/2015

[ Request New Judge ] .....