UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON
CIVIL ACTION NO. 5:15-cv-45-KKC

CHAROLETTE DIANA WINKLER,
Administratrix of the Estate of
Brandon Clint Hacker, Deceased                                                           PLAINTIFF

v.

MADISON COUNTY, KENTUCKY,
DOUG THOMAS,
ADVANCED CORRECTIONAL HEALTHCARE, INC.,
NADIR H. AL-SHAMI, M.D., LAYLA TROUTMAN, ARNP,
ARLENE JOHNSON, LPN, TOM JONES,
CAPT. CORY DUNNING, J. J. LAGRANGE,
KEITH TRICKLER and WHITNEY BRATCHER                                        DEFENDANTS

---

**MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS MADISON COUNTY, JAILER DOUG THOMAS, AND DEPUTY JAILERS WHITNEY BRATCHER, CORY DUNNING, TOM JONES, JEREMY LAGRANGE, AND KEITH TRICKLER**

---

Defendants Madison County, Kentucky; Doug Thomas, individually; Tom Jones, individually; Cory Dunning, individually; J. J. LaGrange, individually; Keith Trickler, individually; and Whitney Bratcher, individually ("Madison County Defendants"), by and through counsel and pursuant to Federal Rule of Civil Procedure 56, move the Court to enter summary judgment dismissing all claims asserted against them in this action in their entirety. In support of their Motion, the Madison County Defendants submit the attached Memorandum.

Respectfully submitted,

/s/ D. Barry Stilz
D. Barry Stilz
Robert C. "Coley" Stilz III
Lynn Sowards Zellen
bstilz@ksattorneys.com
cstilz@ksattorneys.com
lzellen@ksattorneys.com
KINKEAD & STILZ, PLLC
301 East Main Street, Suite 800
Lexington, KY  40507
Telephone    (859) 296-2300
Facsimile     (859) 296-2566
*COUNSEL FOR MADISON COUNTY DEFENDANTS*

**CERTIFICATE OF SERVICE**

  I certify that true and correct copies of the foregoing have been served by CM/ECF on October 24, 2016:

William R. Garmer
Jerome P. Prather
Garmer & Prather, PLLC
bgarmer@garmerprather.com
jprather@garmerprather.com

Gregory A. Belzley
gbelzley@aol.com
Camille A. Bathurst
camillebathurst@aol.com

*COUNSEL FOR PLAINTIFF*

Tracy S. Prewitt
Andie B. Camden
O'Bryan, Brown & Toner, PLLC
tprewitt@obtlaw.com
hartleyc@obtlaw.com
*COUNSEL FOR*
*ADVANCED CORRECTIONAL HEALTHCARE, INC.,*
*NADIR H. AL-SHAMI, M.D.,*
*LAYLA TROUTMAN, ARNP and*
*ARLENE JOHNSON, LPN*

             /s/ D. Barry Stilz
             *COUNSEL FOR MADISON COUNTY*
             *DEFENDANTS*