**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**
**CASE NO. 5:15-cv-00045-KK**

| | |
|---|---|
| **CHAROLETTE DIANA WINKLER,** | ) |
| **Administratrix of the Estate of** | ) |
| **BRANDON CLINT HACKER, Deceased** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **MADISON COUNTY, KENTUCKY,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**DEFENDANTS', ADVANCED CORRECTIONAL HEALTHCARE, INC., NADIR H. AL-SHAMI, M.D., INDIVIDUALLY, LAYLA TROUTMAN, ARNP, INDIVIDUALLY, AND ARLENE JOHNSON, LPN, INDIVIDUALLY, MOTION FOR SUMMARY JUDGMENT**

\*\*\*   \*\*\*   \*\*\*

Come the Defendants, Advanced Correctional Healthcare, Inc., Nadir Al-Shami, M.D., individually, Layla Troutman, ARNP, individually, and Arlene Johnson, LPN, individually, by and through counsel, and hereby move the Court for summary judgment pursuant to FRCP 56. As grounds for this motion, the Defendants hereby state that they are entitled to summary judgment as a matter of law as there are no genuine issues of material fact precluding summary judgment. In support of the motion, Defendants rely upon their Memorandum of Support attached hereto and any and all exhibits attached to same.

Respectfully submitted,

*/s/ Andie Brent Camden*
Tracy S. Prewitt
Andie Brent Camden
O'BRYAN, BROWN & TONER, PLLC
401 South Fourth Street; Suite 2200
Louisville, Kentucky  40202
502.585.4700
502.585.4703 (fax)
tprewitt@obtlaw.com
camdena@obtlaw.com
*Counsel for Defendants, Advanced Correctional Healthcare, Inc., Nadir Al-Shami, M.D., individually, Layla Troutman, ARNP, individually, and Arlene Johnson, LPN, individually*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

William R. Garmer
Jerome P. Prather
Garmer & Prather, PLLC
141 North Broadway
Lexington, KY 40507
bgarmer@garmerprather.com
jprather@garmerprather.com
*Counsel for Plaintiff, Charolette Diana Winkler, Administratrix of the Estate of Brandon Clint Hacker, Deceased*

Gregory A. Belzley
Camille A. Bathurst
Belzley Bathurst Attorneys
P.O. Box 278
Prospect, KY 40059
gbelzley@aol.com
camillebathurst@aol.com
*Counsel for Plaintiff, Charolette Diana Winkler, Administratrix of the Estate of Brandon Clint Hacker, Deceased*

D. Barry Stilz
Kinkead & Stilz, PLLC
PNC Bank Tower
301 East Main Street, Suite 800
Lexington, KY 40507-1520
bstilz@ksattorneys.com
*Counsel for Madison County Detention Center Defendants*

*/s/Andie Brent Camden*
Andie Brent Camden