UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON
CIVIL ACTION NO. 5:15-cv-45-KKC

CHAROLETTE DIANA WINKLER,
Administratrix of the Estate of
Brandon Clint Hacker, Deceased                                      PLAINTIFF

v.

MADISON COUNTY, KENTUCKY,
DOUG THOMAS,
ADVANCED CORRECTIONAL HEALTHCARE, INC.,
NADIR H. AL-SHAMI, M.D., LAYLA TROUTMAN, ARNP,
ARLENE JOHNSON, LPN, TOM JONES,
CAPT. CORY DUNNING, J. J. LAGRANGE,
KEITH TRICKLER and WHITNEY BRATCHER                                 DEFENDANTS

_____

**ORDER**
_____

This matter having come before the Court on the parties' Joint Motion for Extension of Time to File Response to Plaintiff's Motion to Exclude Certain Opinions of Manuel Romero and David Thomas, M.D., and the Court being in all respects fully advised,

IT IS HEREBY ORDERED that the Joint Motion is GRANTED, and the Madison County Defendants shall have up to and including Monday, November 28, 2016 to file their response to the Plaintiff's Motion to Exclude Certain Opinions of Manuel Romero and David Thomas, M.D.