UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION LEXINGTON
CIVIL ACTION NO. 5:15-CV-45-KKC-REW

*ELECTRONICALLY FILED*

CHAROLETTE DIANA WINKLER,
ADMINISTRATRIX OF THE ESTATE OF
BRANDON CLINT HACKER, DECEASED                                          PLAINTIFF

v.                              **NOTICE OF APPEAL**

MADISON COUNTY, KENTUCKY, DOUG THOMAS,
ADVANCED CORRECTIONAL HEALTHCARE, INC.,
NADIR H. AL-SHAMI, M.D., LAYLA TROUTMAN, ARNP,
ARLENE JOHNSON, LPN, TOM JONES,
CAPT. CORY DUNNING, J.J. LAGRANGE,
KEITH TRICKLER AND WHITNEY BRATCHER                                    DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

Notice is hereby given that Charolette Diana Winkler, Administratrix of the Estate of Brandon Clint Hacker, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Memorandum Opinion and Order [D.E.183] and the associated Judgment [D.E. 184] entered in this action on August 18, 2017.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF

BY:   /s/ Jerome P. Prather
       William R. Garmer
       Jerome P. Prather
       John E. Norman
       141 North Broadway
       Lexington, Kentucky  40507
       Telephone:   (859) 254-9352
       Facsimile:    (859) 233-9769
       Email: bgarmer@garmerprather.com
       Email: jprather@garmerprather.com
       Email: jnorman@garmerprather.com

Gregory A. Belzley
PO Box 278
Prospect, KY 40059
(502) 292-2452

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

D. Barry Stilz
Lynn Sowards Zellen
Kinkead & Stilz, PLLC
301 East Main Street, Suite 800
Lexington, KY  40507
859-296-2300
Attorneys for Defendants: Madison County, Kentucky, Doug Thomas, Tom Jones, Cory Dunning, J.J. LaGrange, Keith Trickler and Whitney Bratcher

Tracy S. Prewitt
Andie B. Camden
O'Bryan, Brown & Toner, PLLC
401 South Fourth Street
Suite 2200
Louisville, KY  40202
502-585-4700
Attorneys for Defendants: Advanced Correctional Healthcare, Inc., Nadir H. Al-Shami, M.D., Layla Troutman, ARNP, and Arlene Johnson, LPN

BY:   /s/ Jerome P. Prather
Jerome P. Prather, Esq.