UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

No: 17-6073

---

Filed: August 08, 2018

CHAROLETTE DIANA WINKLER, Administratrix of the Estate of Brandon Clint Hacker, Deseased

    Plaintiff - Appellant

v.

MADISON COUNTY, KENTUCKY; DOUG THOMAS, individually; ADVANCED CORRECTIONAL HEALTHCARE; NADIR H. AL-SHAMI, M.D., individually; LAYLA TROUTMAN, ARNP, individually; ARLENE JOHNSON, LPN, individually; TOM JONES, individually; CORY DUNNING, individually; J. J. LAGRANGE, individually; KEITH TRICKLER, individually; WHITNEY BRATCHER, individually

    Defendants - Appellees.

## MANDATE

Pursuant to the court's disposition that was filed 06/26/2018 the mandate for this case hereby issues today.

COSTS: None